1   WO

2

3

4

5                IN THE UNITED STATES DISTRICT COURT

6                   FOR THE DISTRICT OF ARIZONA

7   United States of America,              )   CR-14-08147-PCT-JAB
                                           )
8                Plaintiff,                )   **ORDER**
                                           )
9   vs.                                    )
                                           )
10                                         )
                                           )
11  Christopher James Palmer,              )
                                           )
12               Defendant.                )
                                           )
13  _____   )

14

15          The defendant appeared in court and admitted to violating his conditions of supervised

16   released as alleged in Paragraphs A, B and C of the Petition to Revoke Supervised Release.

17          IT IS ORDERED revoking the defendant's supervised release as unsuccessfully

18   completed.

19          IT IS FURTHER ORDERED the defendant is hereby committed to the custody of the

20   Bureau of Prisons for the term of **TWO HUNDRED THIRTY (230) DAYS,** with credit for time

21   served.

22          **THE COURT RECOMMENDS** the defendant serve his sentence at a facility that offers

23   college placement and/or substance abuse treatment.

24          DATED this 17th day of May, 2016.

25

26                                         _____
                                                      John A. Buttrick
27                                              United States Magistrate Judge

28